

# Fourth Court of Appeals
## San Antonio, Texas

June 24, 2015

No. 04-15-00242-CV

**IN RE UNIVERSITY OF THE INCARNATE WORD**

Original Mandamus Proceeding[1]

**ORDER**

On April 21, 2015, relator University of the Incarnate Word filed a petition for writ of mandamus. The court has considered relator's petition, the response and reply of the parties, and has determined that relator is entitled to mandamus relief. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED. TEX. R. APP. P. 52.8(c).

The Honorable David A. Canales is ORDERED to vacate the May 1, 2015 order granting plaintiffs' motion to compel discovery responses. The writ will issue only if we are notified that Judge Canales has not done as directed within fifteen days from the date of this order.

It is so **ORDERED** on June 24, 2015.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of June, 2015.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2014-CI-07249, styled *Valerie Redus, Individually and Robert Redus, Individually and as Administrator of the Estate of Robert Cameron Redus v. University of the Incarnate Word and Christopher Carter*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable David A. Canales presiding.